UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM PURSLEY

    Plaintiff,

v.

DENNIS TADD *et* al.,

    Defendants

Case No. C08-5105BHS/JKA

INFORMATIONAL

    This action, brought under 42 U.S.C. 1983, has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. § 636(b)(1)(B). The plaintiff was been granted leave to proceed *in forma pauperis* on March 27, 2008, (Dkt. # 4). The normal order requesting payment under the Prison Litigation Reform Act was sent to the accounts manager at the Mc Neil Island Corrections Center. Subsequently, on May 20, 2008, plaintiff paid the full $350.00 filing fee.

    The accounts manager is directed to stop collecting partial filing fees on this action. The Clerk is directed to send a copy of this Order to plaintiff. Plaintiff should provide a copy of this order to the accounts manager.

    DATED this 4 day of June, 2008.

                                    */S/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge

ORDER - 1