UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM PURSLEY,

    Plaintiff,

v.

DENNIS TABB, et al.,

    Defendants.

Case No. C08-5105BHS/JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed the Report and Recommendation of Magistrate Judge J. Kelley Arnold (Dkt. 19), objections to the Report and Recommendation (Dkt. 20), and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation; and

(2) This action is dismissed for failure to state a claim. This dismissal is a strike pursuant to 28 U.S.C. 1915 (g).

DATED this 15th day of July, 2008.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER