# United States District Court

WESTERN DISTRICT OF WASHINGTON

WILLIAM PURSLEY

      v.

DENNIS TABB, et al.,

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5105BHS/JKA

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

The Court adopts the Report and Recommendation; and

This action is dismissed for failure to state a claim. This dismissal is a strike pursuant to 28 U.S.C. 1915(g).

| | |
|---|---|
|    July 17, 2008 |    BRUCE RIFKIN |
| Date | Clerk |
| |    *s/CM Gonzalez* |
| | Deputy Clerk |